JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, | Case No.: 2:23-cv-09138-CAS-PDx |
| | Assigned to the Honorable Christina A. Snyder |
| | **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| GAUDENTI & SONS CORPORATION, a California corporation, | |
| Defendant. | |

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Fund for Construction Industry Advancement, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund shall recover from Defendant, Gaudenti & Sons Corporation, a California corporation, fringe benefit contributions of $116,289.24, prejudgment interest of $20,993.12, liquidated damages of $20,993.12, plus attorneys' fees of $12,988.10, and costs of $484.00, plus post-judgment interest as provided by law from the date of entry of the judgment herein until paid in full.

Dated: February 26, 2025    _____

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE